PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE JAMES HARRIS, | ) | |
| | ) | CASE NO. 1:11CV384 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MDC BROOKLYN, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondents. | ) | **ORDER** [Regarding ECF No. 7] |

Before the Court is the Report and Recommendation of Magistrate Judge George J.

Limbert recommending that Petitioner Harris' petition for writ of habeas corpus filed pursuant to

28 U.S.C. § 2241 be dismissed.[1]  ECF Nos. 3, 7.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of

those portions of a Report and Recommendation to which the parties have made an objection.  28

U.S.C. § 636(b)(1)(C).  Parties must file any objections to a Report and Recommendation within

fourteen days of service.  *Id.*; Fed. R. Civ. P. 72(b)(2).  Failure to object within this time waives a

party's right to appeal the district court's judgment.  *Thomas v. Arn*, 474 U.S. 140, 145 (1985);

*United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Absent objection, a district court

may adopt a magistrate judge's report without review.  *See Thomas*, 474 U.S. at 149.

In the instant case, Petitioner Harris has not filed objections to the Report and

Recommendation.  The Court finds that the Report and Recommendation is supported by the

---

[1] The matter was referred to Magistrate Judge George J. Limbert for the preparation of a
Report and Recommendation on the petition for writ of habeas corpus pursuant to Local Rule
72.2.

(1:11CV384)

record, and agrees with the recommendation to dismiss the instant petition pursuant to 28 U.S.C. § 2243, and that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith.

Accordingly, the Court adopts Magistrate Judge Limbert's Report and Recommendation. ECF No. 7.  Petitioner Harris' petition (ECF No. 3) is dismissed, and an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


  June 14, 2011                                  /s/ Benita Y. Pearson
Date                                        Benita Y. Pearson
                                            United States District Judge